IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-cv-66-FL

| | |
|---|---|
| SUSAN MYERS, | ) |
| Plaintiff, | ) |
| v. | ) **CONSENT ORDER** |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $4,500.00, in full and final settlement of all claims due against the Social Security Administration for attorney fees arising under the Equal Access to Justice Act ("EAJA"). *See* 28 U.S.C. § 2412(d). It also appearing that Plaintiff's counsel should be reimbursed the $400.00 filing fee from the Treasury Judgment Fund ("TJF").

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff attorney, Charlotte W. Hall, $4,500.00 and that the TJF pay to Plaintiff's attorney $400.00 if there is no debt that qualifies under the Treasury Offset Program (*see* 31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

This 21st day of December, 2018,

_____
United States District Judge