UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| SUSAN MYERS<br>　　　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br>　　　　Defendant. | **JUDGMENT**<br><br>No. 7:18-CV-66-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 21, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $4,500.00 plus reimbursement of the $400.00 filing fee.

**This Judgment Filed and Entered on December 21, 2018, and Copies To:**

Charlotte Williams Hall  (via CM/ECF Notice of Electronic Filing)
Keeya M. Jeffrey (via CM/ECF Notice of Electronic Filing)

December 21, 2018　　　　　　　　PETER A. MOORE, JR., CLERK
　　　　　　　　　　　　　　　　　　 /s/ Sandra K. Collins
　　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk