# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

| | |
|---|---|
| SUSAN MYERS )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　)<br>v. 　　　　　　　　　　)<br>　　　　　　　　　　　　)<br>　　　　　　　　　　　　)<br>　　　　　　　　　　　　)<br>NANCY A. BERRYHILL, )<br>Commissioner of Social Security, )<br>　　　　Defendant. ) | **AMENDED JUDGMENT**<br><br>No. 7:18-CV-66-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the stipulation and agreement of the parties under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 28, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $4,500.00 plus reimbursement of the $400.00 filing fee.

**This Judgment Filed and Entered on December 28, 2018, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Keeya M. Jeffrey/Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

December 28, 2018　　　　　　　PETER A. MOORE, JR., CLERK
　　　　　　　　　　　　　　　　 /s/ Sandra K. Collins
　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk